| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**STANZIALE & STANZIALE, P.C.**<br>29 Northfield Avenue, Suite 201<br>West Orange, New Jersey 07052-5403<br>(973) 731-9393<br>Attorneys for Benjamin A. Stanziale, Jr., Trustee | Order Filed on October 31, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| In Re:<br><br>WILLIAM  PORTOCARRERO,<br><br>                    Debtor. | Case No.:    16-27979-SLM<br><br>Judge:       Hon. Stacey L. Meisel<br><br>Chapter:    7 |

Recommended Local Form:    ☒  Followed    ☐  Modified

### ORDER AUTHORIZING
### RETENTION OF STANZIALE & STANZIALE, P.C.

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 31, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Stanziale & Stanziale, P.C. as Attorney to the Chapter 7 Trustee, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: <u>Stanziale & Stanziale, P.C.</u>
<u>29 Northfield Avenue, Suite 201</u>
<u>West Orange, New Jersey 07052</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
William Portocarrero  
    Debtor

Case No. 16-27979-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 31, 2016  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2016.  
db        +William Portocarrero,   1128 Broad Street,   Clifton, NJ 07013-3348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2016        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2016 at the address(es) listed below:  
        Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr.  
        trustee@stanzialelaw.com, nj45@ecfcbis.com  
        Benjamin A. Stanziale, Jr.   trustee@stanzialelaw.com, nj45@ecfcbis.com  
        Brian C. Nicholas   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, et al bnicholas@kmllawgroup.com  
        Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-11CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-11CB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        TOTAL: 4