UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Portocarrero, William**         Case No.:      **16-27979-SLM**

                                          Chapter:       **7**

                                          Judge:         **Stacey L. Meisel**

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on January 31, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of Property: **1128 Broad Street, Clifton, New Jersey**<br><br>**Current Market Value of Property: $350,000.00**<br>**Estimated Cost of Sale: $35,000.00** |
|---|

| Liens on property:    **Bank of New York – $728,332.00** |
|---|

| Amount of equity claimed as exempt:  **none.** |
|---|

Objections must be served on, and requests for additional information directed to:

Name:       Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

```
                      United States Bankruptcy Court
                           District of New Jersey
```

In re:                                                      Case No. 16-27979-SLM
William Portocarrero                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1          Date Rcvd: Jan 04, 2017
                            Form ID: pdf905          Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
db           +William Portocarrero,    1128 Broad Street,    Clifton, NJ 07013-3348
aty          +Stanziale & Stanziale, P.C.,    Stanziale & Stanziale, P.C.,    29 Northfield Avenue,   Suite 201,
               West Orange, NJ 07052-5358
516401774    +BNY Mellon Corporate,    225 Liberty Street,    New York,NY 10286-0001
516401769    +Diversified   Collection Services,Inc.,    333 North Canyons Parkway,   Suite 100,
               Livermore,CA 94551-9480
516401768    +Mortgage Electronic   Registration System,Inc. C/0,    820 Bear Tavern Road,
               Trenton,NJ 08628-1021
516401773    +Parker McCay P.A.,    9000 Midlantic Drive,    Suite 300,   Mount Laurel, NJ 08054-1539
516401772    +Powers Kirn,LLC,    728 Marne Highway,    Suite 200,   Mooretown, NJ 08057-3128
516401770    +United   Guaranty Comm Ins Co of North Carolina,    230 N. Elm Street,   Greensboro,NC 27401-2438
516401771    +Veripro Solutions Inc.,    PO Box 3572,   Coppell, TX 75019-9572
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2017 23:44:21     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2017 23:44:18     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2017 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               et al bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST2006-11CB
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-11CB dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                              TOTAL: 4
```