Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−27979−SLM
        Chapter:  7
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Portocarrero
   1128 Broad Street
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−3408

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 18, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 37 − 36
ORDER AUTHORIZING THE RETENTION OF THE LAW OFFICES OF MICHAEL P. BURAKOFF, P.A. AS SPECIAL COUNSEL FOR BENJAMIN A. STANZIALE, CHAPTER 7 TRUSTEE (Related Doc # 36). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/18/2017. (nds)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 18, 2017
JAN: nds

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
William Portocarrero  
    Debtor

Case No. 16-27979-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                    Page 1 of 1                  Date Rcvd: Jan 19, 2017
                     Form ID: orderntc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2017.
sp             +Michael Burakoff,    Law Office of Michael Burakoff,    1776 On The Green,
        67 Park Place  5th Floor,   Morristown, NJ 07960-7105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2017 at the address(es) listed below:
      Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
       trustee@stanzialelaw.com, nj45@ecfcbis.com
      Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
      Brian C. Nicholas    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
       et al bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
       AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST2006-11CB
       MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-11CB dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
                                                                                                                TOTAL: 4