UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **William Portocarrero**          Case No.:    **16-27979-SLM**

                                          Chapter:     **7**

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable **Stacey L. Meisel** on **December 4, 2018**, at **10:00 a.m.** at the United States Bankruptcy Court, Courtroom No. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of Property:  **Debtor was involved in an automobile accident on May 18, 2015 and sustained severe personal injury. An offer has been received from the tortfeasor and Debtor's underinsured insurance company totaling a maximum of $150,000.00. Because Debtor was in the course of his employment at the time of the accident there is a worker's compensation lien in the amount of $284,049.18. Due the worker's compensation lien, no funds are available for the estate and therefore the Trustee seeks to abandon the action.**

Liens on property:

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name:         Benjamin A. Stanziale, Jr., Trustee

Address:      29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-27979-SLM
William Portocarrero                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 25, 2018
                              Form ID: pdf905          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.
```
db          +William Portocarrero,   1128 Broad Street,   Clifton, NJ 07013-3348
aty         +Stanziale & Stanziale, P.C.,   Stanziale & Stanziale, P.C.,   29 Northfield Avenue,   Suite 201,
              West Orange, NJ 07052-5358
sp          +Michael Burakoff,   Law Office of Michael Burakoff,   1776 On The Green,
              67 Park Place  5th Floor,   Morristown, NJ 07960-7105
516401774   +BNY Mellon Corporate,   225 Liberty Street,   New York,NY 10286-0001
516401769   +Diversified  Collection Services,Inc.,   333 North Canyons Parkway,   Suite 100,
              Livermore,CA 94551-9480
516401768   +Mortgage Electronic  Registration System,Inc. C/0,   820 Bear Tavern Road,
              Trenton,NJ 08628-1021
516401773   +Parker McCay P.A.,   9000 Midlantic Drive,   Suite 300,   Mount Laurel, NJ 08054-1539
516401772   +Powers Kirn,LLC,   728 Marne Highway,   Suite 200,   Mooretown, NJ 08057-3128
516401771   +Veripro Solutions Inc.,   PO Box 3572,   Coppell, TX 75019-9572
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2018 23:08:46     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2018 23:08:41     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516401770    +E-mail/Text: bankruptcygroup@ugcorp.com Oct 25 2018 23:09:09
              United  Guaranty Comm Ins Co of North Carolina,   230 N. Elm Street,
              Greensboro,NC 27401-2438
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2018 at the address(es) listed below:
```
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               et al bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST2006-11CB
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-11CB dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                              TOTAL: 4
```